Honorable Rosanna Malouf Peterson

Francis S. Floyd, WSBA No. 10642
ffloyd@floyd-ringer.com
FLOYD, PFLUEGER & RINGER, P.S.
200 W. Thomas Street, Ste. 500
Seattle, WA 98119
Phone 206-441-4455
Fax 206-441-8484
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| RACHEL D. BENJAMIN,<br><br>Plaintiff,<br><br>v.<br><br>STEVENS COUNTY, a political subdivision of the State of Washington; PAT WALSH, an employee of the Stevens County Public Works Department; NADINE BORDERS, an employee of Stevens County District Court; and GINA A. TVEIT, Stevens County District Court Judge,<br><br>Defendants. | Case No. 2:18-cv-204-RMP<br><br>PRAECIPE TO CORRECT SIGNATURE PAGE |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

PRAECIPE TO CORRECT
SIGNATURE PAGE - 1

Case No. 2:18-cv-204-RMP

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484

You will please associate the attached corrected signature page with the motion to withdraw and substitute counsel (Doc No. 10), filed in the above-entitled action on July 23, 2018.

Dated this 24th day of July, 2018.

By:   /s/Francis S. Floyd
Francis S. Floyd, WSBA No. 10642
ffloyd@floyd-ringer.com
Floyd, Pflueger & Ringer, P.S.
200 W. Thomas Street, Ste. 500
Seattle, WA 98119
Phone 206-441-4455
Fax 206-441-8484

*Substituting Attorne for*
*Defendant Pat Walsh*

By:   /s/ Michael E. McFarland, Jr.
Michael E. McFarland, Jr., WSBA No. 2300
mmcfarland@ecl-law.com
Evans, Craven & Lackie, PS
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
Phone 509-455-5200
Fax 509-455-3632

*Withdrawing Attorney for*
*Defendant Pat Walsh*

PRAECIPE TO CORRECT SIGNATURE PAGE - 2

Case No. 2:18-cv-204-RMP

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484

Good cause exists to grant leave to withdraw and substitute counsel and granting this motion will not prejudice the parties or otherwise result in injustice or delay. Here, the client has requested Mr. Floyd represent him. This case was filed only recently, on June 20, 2018. ECF No. 1. Service has not yet been effected on Defendant Walsh, nor has he answered the Complaint. Therefore, withdrawal will not prejudice to other litigants or harm the administration of justice. Allowing substitution of counsel will not delay the case or cause prejudice to any party.

### III.    CONCLUSION

For the reasons above, the Court should grant this motion for leave to withdraw and substitute counsel for Defendant Pat Walsh.

Dated this 23rd day of July, 2018.

By:    /s/Francis S. Floyd
Francis S. Floyd, WSBA No. 10642
ffloyd@floyd-ringer.com
Floyd, Pflueger & Ringer, P.S.
200 W. Thomas Street, Ste. 500
Seattle, WA 98119
Phone 206-441-4455
Fax 206-441-8484

*Substituting Attorne for*
*Defendant Pat Walsh*

MOTION TO WITHDRAW AND
SUBSTITUTE COUNSEL - 3

Case No. 2:18-cv-204-RMP

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484