# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACHEL D. BENJAMIN,<br><br>                Plaintiff(s),<br><br>vs.<br><br>STEVENS COUNTY, a political subdivision of the State of Washington; PAT WALSH, an employee of the Stevens County Public Works Department; NADINE BORDERS, an employee of Stevens County District Court; and GINA A. TVEIT, Stevens County District Court Judge;<br><br>                Defendant(s). | Case No. 2:18-CV-204-RMP<br><br>DECLARATION OF SERVICE |

I DECLARE:

1. I am over the age of 18 years, and I am not a party to this action.

2. I served  Pat Walsh  with the following documents:

      [ ]    a summons, a copy of which is attached, and a petition in this action.
      [ ]    a parenting plan.
      [ ]    an order to show cause
      [x]    other:

   Summons in a Civil Action, Complaint for Damages Jury Demand and Notice Setting Telephonic Scheduling Conference

3. The date, time and place of service were (if by mail refer to Paragraph 4 below):

   Date: July 25, 2018     Time: 1:42 PM

   Address: 25193 Hwy. 395 N.
                 Kettle Falls, WA  99141

4.     Service was made pursuant to Civil Rule 4(d):

     [ ]    by delivery to the person(s) named in paragraph 2 above.
     [x]    by delivery to _Sandy Walsh_ a person of suitable age and discretion residing therein.
     [ ]    by publication as provided in RCW 4.28.100. (A copy of the summons is attached.)
     [ ]    (check only if there is a court order authorizing service by mail) by mailing two copies postage prepaid to the person named in the order entered by the court on _____ [Date]. One copy was mailed by ordinary first class mail, the other copy was sent by certified mail return receipt requested. (Attach return receipt below.) The copies were mailed on _____ [Date].

5.     Other:

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at _____Spokane, Washington_____ on _____July 26, 2018_____
                                                                                              [Date]

[Notary seal: Notary Public State of Washington SUSAN C DAULT MY COMMISSION EXPIRES APRIL 14, 2022]

                                                       Signature

subscribed and sworn to me this __26th__
day of _____July_____, 2018.

                                                       Jennifer Martin, WA PI #3739
                                                       Print or Type Name

x _____
Notary Public in and for the State of            __April 14, 2022__
Washington, Residing in Spokane.             My Commission Expires

Page 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RACHEL D. BENJAMIN,

          *Plaintiff(s)*

v.

STEVENS COUNTY, a political subdivision of the State of Washington; PAT WALSH, an employee of the Stevens County Public Works Department; NADINE BORDERS, an employee of Stevens County District Court; and GINA A. TVEIT, Stevens County District Court Judge;

          *Defendant(s)*

Civil Action No. 2:18-cv-00204-RMP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stevens County
c/o Stevens County Auditor
215 South Oak Street, Room # 106
Colville, WA 99114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Casey M. Arbenz and Brett A. Purtzer       J. Brendan Kidd
Hester Law Group, Inc., P.S.       Kid Defense PLLC
1008 South Yakima Avenue, Suite 302       901 North Adams
Tacoma, WA 98405       Spokane, WA 99201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Jun 20, 2018, 10:37 am

Date

SEAN F. McAVOY, Clerk



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-00204-RMP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PAT WALSH
was received by me on *(date)* 7/23/18.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* SANDY WALSH, a person of suitable age and discretion who resides there,
on *(date)* 7/25/18 @ 1:42 pm, ~~and mailed a copy to the individual's last known address;~~ or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: SERVED AT: 25193 Hwy. 395 N.
KETTLE FALLS, WA. 99141

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

7/26/18
Date

*Server's signature* — Jennifer Martin

JENNIFER MARTIN, WA. P.I. #3739
*Printed name and title*

222 W. Mission Ave, Suite 110, Spokane, WA. 99201
*Server's address*

Notary Public
State of Washington
SUSAN C DAULT
MY COMMISSION EXPIRES
APRIL 14, 2022

Additional information regarding attempted service, etc: