Honorable Rosanna Malouf Peterson

Francis S. Floyd, WSBA No. 10642
Brittany A. Madderra, WSBA No. 48514
ffloyd@floyd-ringer.com
bmadderra@floyd-ringer.com
FLOYD, PFLUEGER & RINGER, P.S.
200 W. Thomas Street, Ste. 500
Seattle, WA 98119
Phone 206-441-4455
Fax 206-441-8484
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| RACHEL D. BENJAMIN,<br><br>             Plaintiff,<br><br>        v.<br><br>STEVENS COUNTY, a political subdivision of the State of Washington; PAT WALSH, an employee of the Stevens County Public Works Department; NADINE BORDERS, an employee of Stevens County District Court; and GINA A. TVEIT, Stevens County District Court Judge,<br><br>             Defendants. | Case No. 2:18-cv-204-RMP<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT PAT WALSH |

NOTICE OF APPEARANCE
ON BEHALF OF DEFENDANT PAT
WALSH - 1

Case No. 2:18-cv-204-RMP

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484

COMES NOW defendant Pat Walsh, and enters herewith its Notice of Appearance of Brittany A. Madderra of Floyd, Pflueger & Ringer, P.S., and directs that all future pleadings or papers in the above-entitled cause, exclusive of original process, be served upon said defendant by leaving a copy with the attorney undersigned.

Pursuant to this notice, please serve all further pleadings and documents, except original process, on Francis S. Floyd and Brittany A. Madderra at Floyd Pflueger & Ringer, P.S., 200 West Thomas Street, Ste. 500, Seattle, WA 98119.

Dated this 6th day of August, 2018.

                    By:   /s/ Brittany A. Madderra
                               Francis S. Floyd, WSBA No. 10642
                               Brittany A. Madderra, WSBA No. 48514
                               ffloyd@floyd-ringer.com
                               bmadderra@floyd-ringer.com
                               Floyd, Pflueger & Ringer, P.S.
                               200 W. Thomas Street, Ste. 500
                               Seattle, WA 98119
                               Phone 206-441-4455
                               Fax 206-441-8484

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT PAT WALSH - 2

Case No. 2:18-cv-204-RMP

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2018, I electronically filed the foregoing *NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT PAT WALSH* with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | | |
|---|---|---|
| Casey M. Arbenz<br>Brett A. Purtzer<br>Hester Law Group, Inc., P.S.<br>1008 S. Yakima Ave., Ste. 302<br>Tacoma, WA 98405<br>brett@hesterlawgroup.com<br>Casey@hesterlawgroup.com | *Counsel for Plaintiff* | [ ] Via Messenger<br>[X] Via CM/ECF<br>[ ] Via Facsimile<br>[ ] Via U.S. Mail |
| J. Brendan Kidd,<br>Kidd Defense PLLC<br>901 N. Adams Street<br>Spokane, WA 99201<br>brendan@kidd-defense.com | *Counsel for Plaintiff* | [ ] Via Messenger<br>[X] Via CM/ECF<br>[ ] Via Facsimile<br>[ ] Via U.S. Mail |
| Jerry J. Moberg<br>Jerry Moberg & Associates, PS<br>124 – 3rd Ave. SW<br>PO Box 130<br>Ephrata, WA 98823<br>jmoberg@jmlawps.com | *Counsel for Nadine Borders* | [ ] Via Messenger<br>[X] Via CM/ECF<br>[ ] Via Facsimile<br>[ ] Via U.S. Mail |
| Michael E. McFarland JR<br>Evans, Craven & Lackie, PS<br>818 W Riverside Ave<br>Suite 250<br>Spokane, WA  99201-0910<br>mmcfarland@ecl-law.com<br>kmauss@ecl-law.com | *Counsel for Stevens County* | [ ] Via Messenger<br>[X] Via CM/ECF<br>[ ] Via Facsimile<br>[ ] Via U.S. Mail |

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT PAT WALSH - 3

Case No. 2:18-cv-204-RMP

FLOYD, PFLUEGER & RINGER P.S.
200 West Thomas Street, Suite 500
Seattle, WA  98119
Tel 206 441-4455
Fax 206 441-8484

1  DATED this 6th day of July, 2018 at Seattle, Washington.

2

3

4  /s/ Monica R. Howard
Monica R. Howard, Legal Assistant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT PAT WALSH - 4

Case No. 2:18-cv-204-RMP

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484