# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RACHEL D. BENJAMIN,

*Plaintiff*

v.

STEVENS COUNTY, a political subdivision of the State of Washington; PAT WALSH, an employee of the Stevens County Public Works Dept.; NADINE BORDERS, an employee of Stevens County District Court; and GINA A. TVEIT, Stevens County District Court Judge,

*Defendants*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2018

SEAN F. McAVOY, CLERK

Civil Action No. 2:18-CV-204-RMP

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant Judge Gina A. Tveit's Motion to Dismiss (ECF No. 8) is GRANTED. All of Plaintiff's claims against Defendant Judge Tveit are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on Motion to Dismiss (ECF No. 8).

Date: October 11, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb