# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2019

SEAN F. McAVOY, CLERK

Rachel D. Benjamin,

*Plaintiff*

v.

Stevens County, a political subdivision of the State of Washington; Pat Walsh, an employee of the Stevens County Public Works Department; Nadine Borders, an employee of Stevens County District Court,

*Defendant*

Civil Action No. 2:18-CV-00204-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Nadine Borders's Motion for Summary Judgment (ECF No. 44) is GRANTED. Plaintiff's 42 U.S.C. § 1983 and negligent infliction of emotional distress claims against all Defendants are DISMISSED with prejudice. Plaintiff's negligence claims against Defendant Pat Walsh and Defendant Nadine Borders are DISMISSED with prejudice. Plaintiff's outrage claim against Defendant Nadine Borders is DISMISSED with prejudice. Judgment is entered in favor of Defendant Nadine Borders against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a Motion for Summary Judgment (ECF No. 44).

Date: August 27, 2019

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb