FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACHEL D. BENJAMIN,<br><br>     Plaintiff,<br><br>v.<br><br>STEVENS COUNTY, a political subdivision of the State of Washington; and PAT WALSH, an employee of the Stevens County Public Works Department,<br><br>     Defendants. | NO: 2:18-CV-204-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 85, and Stipulation to Withdraw Defendant Pat Walsh's Motion for Attorneys' Fees under 42 U.S.C. § 1988, ECF No. 86.

The parties stipulate, in consideration of a negotiated settlement executed by them, to dismiss this action with prejudice and without an award of attorneys' fees or costs. *See* ECF No. 85 at 2. In addition, Defendant Pat Walsh withdraws his

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

motion for attorneys' fees, which was to be heard without oral argument on October 7, 2019.

Having reviewed the Stipulations and the record, the Court is fully informed and finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 85**, is **GRANTED**.
2. The Stipulation to Withdraw Defendant Pat Walsh's Motion for Attorneys' Fees Under 42 U.S.C. § 1988, is **APPROVED**.
3. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.
4. All pending motions, if any, are **DENIED AS MOOT**.
5. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** October 2, 2019.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        United States District Judge