# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2019

SEAN F. McAVOY, CLERK

RACHEL D. BENJAMIN,

*Plaintiff*

v.

STEVENS COUNTY, a political subdivision of the State of Washington; and PAT WALSH, an employee of the Stevens County Public Works Department,

*Defendant*

Civil Action No. 2:18-CV-204-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Stipulated Motion to Dismiss with Prejudice (ECF No. 85) is GRANTED. The Stipulation to Withdraw Defendant Pat Walsh's Motion for Attorneys' Fees Under 42 U.S.C. § is APPROVED. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a Stipulated Motion to Dismiss with Prejudice (ECF No. 85).

Date: October 2, 2019

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb